JUNE 22, 1954

Reap. Dec. 8319.— ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

▉▉▉▉▉*Armour and Company* v. *United States.* Reap. Dec. 8262. Motion by plaintiff.